People v Lewis (2024 NY Slip Op 01127)

People v Lewis

2024 NY Slip Op 01127

Decided on February 29, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 29, 2024

111647
[*1]The People of the State of New York, Respondent,
v
Maliek Lewis, Appellant.

Calendar Date:January 16, 2024

Before:Garry, P.J., Egan Jr., Aarons, Reynolds Fitzgerald and McShan, JJ.

Dennis J. Lamb, Troy, for appellant, and appellant pro se.
P. David Soares, District Attorney, Albany (Erin N. LaValley of counsel), for respondent.

Reynolds Fitzgerald, J.